1  Lisa Weintraub Schifferle (DC Bar No. 463928)
2  Kristin Krause Cohen (DC Bar No. 485946)
   Kevin H. Moriarty (DC Bar No. 975904)
3  Katherine E. McCarron (DC Bar No. 486335)
   John A. Krebs (MA Bar No. 633535)
4  Jonathan E. Zimmerman (MA Bar 654255)
   Andrea V. Arias (DC Bar No. 1004270)
5  Federal Trade Commission
6  600 Pennsylvania Ave., NW Mail Stop NJ-8100
   Washington, D.C. 20580
7  Telephone:  (202) 326-2252
8  lschifferle@ftc.gov
   kcohen@ftc.gov
9  kmoriarty@ftc.gov
   kmccarron@ftc.gov
10  jkrebs@ftc.gov
11  jzimmerman1@ftc.gov
   aarias@ftc.gov
12
13  Attorneys for Plaintiff Federal Trade Commission

14              **IN THE UNITED STATES DISTRICT COURT**
15                 **FOR THE DISTRICT OF ARIZONA**

16
17  Federal Trade Commission,                    Case No. 2:12-cv-01365-PHX-PGR

18                    Plaintiff,                  **NOTICE OF**
                                                  **SUPPLEMENTAL**
19          v.                                    **AUTHORITY**

20
   Wyndham Worldwide Corporation, et al.,
21
                    Defendants.
22

23          PLEASE TAKE NOTICE that on November 26, 2012, the United States District

24  Court for the Northern District of Georgia, Atlanta Division, issued an opinion and order

25  in the case *FTC v. LabMD, Inc., et al.,* C.A. No. 1:12-cv-3005 (N.D. Ga.).  The opinion

26  and order concerns the enforcement of a Civil Investigative Demand issued by the

27  Federal Trade Commission (FTC), and in reaching its decision the district court
28

1    addressed the FTC's jurisdiction to investigate and enforce in the data security area.  A

2    copy of the opinion and order is attached hereto as Attachment A.

3

4

5    Dated: November 27, 2012

6

7                                    s/  Jonathan E. Zimmerman
                                   Lisa Weintraub Schifferle
8                                  Kristin Krause Cohen
                                   Kevin H. Moriarty
9                                  Katherine E. McCarron
                                   John A. Krebs
10                                 Andrea V. Arias
                                   Jonathan E. Zimmerman
11                                 Federal Trade Commission
                                   600 Pennsylvania Ave., NW Mail Stop NJ-8100
12                                 Washington, D.C. 20580
13
14                                 *Attorneys for Plaintiff Federal Trade Commission*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**CERTIFICATE OF SERVICE**

3
          I hereby certify that on November 27, 2012, I electronically transmitted the

4
attached document to the Clerk's Office using the CM/ECF System for filing and

5
transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

6
David B. Rosenbaum, 009819
Anne M. Chapman, 025965

7
Osborn Maledon, P.A.
2929 North Central Avenue, Suite 2100

8
Phoenix, Arizona 85012-2794

9
Eugene F. Assaf, P.C., 449778, (Pro Hac Vice)

10
K. Winn Allen, 1000590, (Pro Hac Vice)
Kirkland & Ellis LLP

11
655 Fifteenth Street, N.W.

12
Washington, D.C. 20005

13
Douglas H. Meal, 340971, (Pro Hac Vice)

14
Ropes & Gray, LLP
Prudential Tower, 800 Boylston Street

15
Boston, MA 02199-3600

16

17
                              s/  Jonathan E. Zimmerman
                              Jonathan E. Zimmerman

18

19

20

21

22

23

24

25

26

27

28